**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Stone, Esquire
490 Schooley's Mountain Road - Bldg 3A
Hackettstown, NJ 07840-4002
(908) 979-9919  Fax: (908) 979-9920
jonstonelaw@gmail.com

Jonathan Stone 023132002 New Jersey

In Re:
Ralph Dean Stone
Sandra Marie Stone
                                Debtor(s)

Case No.: 17-12835
Judge: John K. Sherwood
Chapter: 13

Recommended Local Form:   ☑ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Ralph Dean Stone__, upon my oath according to law, hereby certify as follows:

I, __Sandra Marie Stone__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on **May 25, 2017**.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct.

DATED  5/1/2017                        /s/ Ralph Dean Stone
                                       Ralph Dean Stone

DATED  5/1/17                          /s/ Sandra Marie Stone
                                       Sandra Marie Stone