JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-12835

Re:    RALPH DEAN STONE                                    Atty:   JONATHAN STONE ESQ
       SANDRA MARIE STONE                                          490 SCHOOLEY'S MOUNTAIN RD
       3 STONE BRIDGE DRIVE                                        BLDG 3A
       ANDOVER, NJ 07821                                           HACKETTSTOWN, NJ  07840

## RECEIPTS AS OF 12/31/2017 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/21/2017 | $10,000.00 | 6769101520 | 03/31/2017 | $1,000.00 | 6769101609 |
| 05/23/2017 | $1,000.00 | 6769101630 | 05/31/2017 | $1,000.00 | 6769101660 |
| 07/05/2017 | $1,000.00 | 6769101693 | 07/31/2017 | $1,000.00 | 6769101711 |
| 08/29/2017 | $1,000.00 | 6769101742 | 10/03/2017 | $1,000.00 | 6769101785 |
| 10/31/2017 | $1,000.00 | 6769101802 | 11/29/2017 | $1,000.00 | 6769101823 |
| 12/28/2017 | $1,000.00 | 6769101846 | | | |

**Total Receipts: $20,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $20,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/14/2017 | $11,474.00 | 8,000,346 | 09/25/2017 | $1,882.00 | 8,000,362 |
| | 11/20/2017 | $1,882.00 | 8,000,394 | 12/18/2017 | $941.00 | 8,000,410 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,180.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,700.00 | 100.00% | 1,700.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICU CREDIT UNION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA NA | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BETH SOLES | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | CITY OF ST. MARYS | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CUMBERLAND HARBOUR POA INC. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 36,416.96 | 100.00% | 16,179.00 | 20,237.96 |
| 0013 | LAKELAND BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 1,611.99 | 100.00% | 0.00 | 1,611.99 |
| 0020 | WELLS FARGO CARD SERVICES | UNSECURED | 15,000.00 | 100.00% | 0.00 | 15,000.00 |
| 0021 | WELLS FARGO BANK NA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | LAKELAND BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | VERIZON | UNSECURED | 81.23 | 100.00% | 0.00 | 81.23 |
| 0027 | UNITED STATES TREASURY/IRS | UNSECURED | 74.00 | 100.00% | 0.00 | 74.00 |

**Total Paid: $19,059.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $20,000.00    -    Paid to Claims: $16,179.00    -    Admin Costs Paid: $2,880.00    =    Funds on Hand: $941.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.