UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

Order Filed on March 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

Ralph Dean Stone and Sandra Marie Stone,

          Debtors.

| | |
|---|---|
| Case No.: | 17–12835 (JKS) |
| Chapter | 13 |
| Hearing Date: | March 22, 2018 |
| Time: | 11:00am |
| Judge: | John K. Sherwood |

## ORDER GRANTING MOTION TO REDEEM

    The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.
Page 2

**DATED: March 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Ralph Dean Stone and Sandra Marie Stone
Case No.: 17–12835 (JKS)
Caption: **ORDER GRANTING MOTION TO REDEEM**

___

      **THIS CAUSE** being brought by Jonathan Stone, Esquire, attorney for Debtors, pursuant to the Motion to Redeem (hereinafter the "Motion"); and

      **IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

      **IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

      **IT FURTHER APPEARING** that the relief requested by Jonathan Stone, Esquire in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and for all the reasons stated on the record and having established good and sufficient cause to grant said relief;

      **IT IS HEREBY ORDERED** as follows:

      **ORDERED** that Jonathan Stone, Esquire's Motion is **GRANTED** as follows:

      1.     The Debtors and/or AmeriCU Credit Union, be and are authorized to enter into and consummate any transaction necessary and incident to the redemption relating to the 2003 Sea Ray 280 Sundancer; and

      2.     Limited automatic stay relief is granted to allow the Debtors and/or AmeriCU Credit Union to negotiate and prepare the terms or documents relating to a loan refinance, or any necessary transaction incident to a loan refinance agreement, including, but not limited to any such negotiation and/or preparation of documents and/or recording of documents; and

      3.     A communication by the parties relating to the redemption shall be considered to be negotiations, pursuant to the Federal Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any other state or federal court or forum; and

      4.     Nothing in this Order shall be construed as a modification of the Chapter 13 Plan.