| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004–1(b)**<br><br>**Jonathan Stone, ESQ, CPA, MST, L.L.C.**<br>**Jonathan Stone, Esquire**<br>490 Schooley's Mountain Road – Bldg. 3A<br>Hackettstown, NJ 07840–4002<br>Tel. (908) 979–9919 / Fax. (908) 979–9920<br>jonstonelaw@gmail.com<br>Attorney for Debtors | Order Filed on March 28, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br><br>Ralph Dean Stone and Sandra Marie Stone,<br><br>            Debtors. | Case No.:    17–12835 (JKS)<br><br>Chapter    13<br><br>Hearing Date:  March 22, 2018<br><br>Time:    11:00am<br><br>Judge:    John K. Sherwood |

### ORDER GRANTING MOTION TO REDEEM

    The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.
Page 2

**DATED: March 28, 2018**

                                          Honorable John K. Sherwood
                                          United States Bankruptcy Court

Debtors: Ralph Dean Stone and Sandra Marie Stone
Case No.: 17–12835 (JKS)
Caption: **ORDER GRANTING MOTION TO REDEEM**

_____

**THIS CAUSE** being brought by Jonathan Stone, Esquire, attorney for Debtors, pursuant to the Motion to Redeem (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by Jonathan Stone, Esquire in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and for all the reasons stated on the record and having established good and sufficient cause to grant said relief;

**IT IS HEREBY ORDERED** as follows:

**ORDERED** that Jonathan Stone, Esquire's Motion is **GRANTED** as follows:

1. The Debtors and/or AmeriCU Credit Union, be and are authorized to enter into and consummate any transaction necessary and incident to the redemption relating to the 2003 Sea Ray 280 Sundancer; and

2. Limited automatic stay relief is granted to allow the Debtors and/or AmeriCU Credit Union to negotiate and prepare the terms or documents relating to a loan refinance, or any necessary transaction incident to a loan refinance agreement, including, but not limited to any such negotiation and/or preparation of documents and/or recording of documents; and

3. A communication by the parties relating to the redemption shall be considered to be negotiations, pursuant to the Federal Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any other state or federal court or forum; and

4. Nothing in this Order shall be construed as a modification of the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12835-JKS
Ralph Dean Stone                                                        Chapter 13
Sandra Marie Stone
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Mar 28, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db/jdb         +Ralph Dean Stone,    Sandra Marie Stone,    3 Stone Bridge Drive,    Andover, NJ 07821-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan  Stone    on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Jonathan  Stone    on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com
                                                                                             TOTAL: 6