UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | Ralph Dean Stone | Case No.: | 17-12835 (JKS) |
| | Sandra Marie Stone, | Chapter: | 13 |
| | Debtors | Judge: | John K. Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

Ralph Dean Stone and Sandra Marie Stone, Debtors in this case, propose to sell property to the person and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on November 14, 2019 at __10:00__ a.m., in Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102 . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 537 Dell Road, Mount Arlington, NJ 07850

**Proposed Purchaser:** Real Estate Solution Providers, LLC
Ryan Paliukaitis, Managing Member

**Sale price:** $125,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** None

**Amount to be paid:**

**Services rendered:** Listing Broker

**Name of Professional:** Jonathan Stone, Esquire

**Amount to be paid:** up to $1,500.00

**Services rendered:** Real Estate Attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:       Jonathan Stone, Esquire

Address:    490 Schooley's Mountain Road–Bldg. 3A, Hackettstown, New Jersey, 07840

Telephone No.: (908) 979-9919

*rev.8/1/15*