UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Stone, Esq
490 Schooley's Mountain Road - Bldg. 3A
Hackettstown, New Jersey 07840-4002
(908) 979-9919 - phone
(908) 979-9920 - fax
jonstonelaw@gmail.com
Attorney for Debtors

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 03 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

In Re:

RALPH DEAN STONE and
SANDRA MARIE STONE,
                    Debtors.

Case No.:   17-12835

Chapter:    13

Judge:      Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: October 3, 2019

After review of the application of _____Counsel for Debtors_____ for the reduction of time for a hearing on  Notice of Motion to Approve Sale of Real Estate_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 24, 2019_____ at 10:00 a.m. in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey 07102_____, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee, all creditors, all judgment creditors and parties requesting notice_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Chapter 13 Trustee, all secured creditors, all judgment creditors
and parties requesting notice

☐ on the same day as the date of this Order, or

☒ within __1__ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*