| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Jonathan Stone ESQ, CPA, MST, L.L.C.**<br>**Jonathan Stone, Esquire**<br>490 Schooley's Mountain Road – Bldg. 3A<br>Hackettstown, NJ 07840–4002<br>Tel. (908) 979–9919 / Fax. (908) 979–9920<br>jonstonelaw@gmail.com<br>Attorney for Debtors | |
| **In Re:**<br><br>**Ralph Dean Stone**<br>**Sandra Marie Stone,**<br><br>             **Debtors.** | Case No.:   17-12835 (JKS)<br><br>Chapter:    13<br><br>Adv. No.:<br><br>Hearing Date:  October 24, 2019<br><br>Hearing Time:  10:00am<br><br>Judge:    John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri,:

    ☐ represent the Debtors in this matter.

    ☒ am the paralegal for Jonathan Stone, who represents the debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On Friday, October 4, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Shortening Time, Application to Shorten Time with Proposed Order, Notice of Motion to Sell, Certification of Debtor, Certification of Keith Guarneri, Exhibits A through C, Proposed Order, and Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   October 4, 2019                                         /s/ Keith Guarneri_____
                                                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road - Suite 330<br>Fairfield, NJ 07004 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee<br>1 Newark Center – Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ralph and Sandra Stone<br>3 Stone Bridge Drive<br>Andover, NJ 07821 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850<br><br>Chase Card<br>Po Box 15298<br>Wilmington, DE 19850<br><br>ChexSystems<br>7805 Hudson Road<br>Suite 100<br>Woodbury, MN 55125<br><br>Equifax Credit Information Services, Inc<br>PO Box 740241<br>Atlanta, GA 30374 | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Experian<br>4 Gatehill Drive<br>3rd Floor<br>Parsippany, NJ 07054<br><br>Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30,133<br>Philadelphia, PA 19104-5016<br><br>Real Time Resolutions<br>1750 Regal Row, Suite 120<br>Dallas, TX 75235-2287<br><br>Synchrony Bank/Lowes<br>Po Box 965064<br>Orlando, FL 32896<br><br>Synchrony Bank/Lowes<br>Po Box 965005<br>Orlando, FL 32896<br><br>Transunion<br>2 Baldwin Place<br>PO Box 2000<br>Chester, PA 19022<br><br>Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306<br><br>Wells Fargo<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 | | |
| AmeriCU<br>PO Box 4179<br>Rome, NY 13441<br><br>AmeriCU<br>1916 Black River Boulevard<br>Rome, NY 13440 | Secured Creditors | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other Phone<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | | |
| Beth Soles<br>Camden County Tax Commissioner<br>PO Box 698<br>Woodbine, GA 31569-0698 | | |
| City of St. Marys<br>418 Osborne Street<br>Saint Marys, GA 31558 | | |
| Cumberland Harbour POA Inc.<br>Heritage Property Management Services<br>500 Sugar Mill Road, Suite 200 B<br>Atlanta, GA 30350 | | |
| First Service Residential<br>Attn. Matthew Reid<br>354 Spinnaker Drive<br>St. Marys, Ga 31598 | | |
| Lakeland Bank<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438 | | |
| Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac#2302-04e- P 10335<br>Des Moines, IA 50306 | | |
| Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | | |
| KML Law Group, P.C.<br>Attn: Denise Carlon, Esquire<br>216 Haddon Avenue – Suite 406<br>Westmont, NJ 08108 | | |