UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: Ralph Dean Stone | Case No.: | 17-12835 (JKS) |
| Sandra Marie Stone, | Chapter: | 13 |
| Debtors | Judge: | John K. Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

Ralph Dean Stone and Sandra Marie Stone, Debtors in this case, propose to sell property to the person and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:**  Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on November 14, 2019 at __10:00__ a.m., in Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102 . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 537 Dell Road, Mount Arlington, NJ 07850

**Proposed Purchaser:**  Real Estate Solution Providers, LLC
Ryan Paliukaitis, Managing Member

**Sale price:** $125,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** None
**Amount to be paid:**
**Services rendered:** Listing Broker

**Name of Professional:** Jonathan Stone, Esquire
**Amount to be paid:** up to $1,500.00
**Services rendered:** Real Estate Attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:          Jonathan Stone, Esquire

Address:       490 Schooley's Mountain Road–Bldg. 3A, Hackettstown, New Jersey, 07840

Telephone No.: (908) 979-9919

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph Dean Stone  
Sandra Marie Stone  
    Debtors

Case No. 17-12835-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Oct 04, 2019  
                     Form ID: pdf905     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.

```
db/jdb         +Ralph Dean Stone,    Sandra Marie Stone,    3 Stone Bridge Drive,    Andover, NJ 07821-2324
cr            ++AMERICU CREDIT UNION,    1916 BLACK RIVER BLVD,    ROME NY 13440-2430
               (address filed with court:   AmeriCu Credit Union,    John Nasto, Jr., Esq.,
               AmeriCu Credit Union Bldg.,    4957 Commercial Drive,    Yorkville, NY  13495)
516644916      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516806467     +Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516644917      Beth Soles,    Camden County Tax Commissioner,    PO Box 698,    Woodbine, GA 31569-0698
516644919     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516644918     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516644922     +Cumberland Harbour POA Inc.,    Heritage Property Management Services,
               500 Sugar Mill Road, Suite 200 B,    Atlanta, GA 30350-2887
516644923     +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
516644924     +Experian,    4 Gatehill Drive,    3rd Floor,    Parsippany, NJ 07054-4522
516644926    ++LAKELAND BANK,    250 OAK RIDGE ROAD,    OAK RIDGE NJ 07438-8998
               (address filed with court:   Lakeland Bank,    250 Oak Ridge Road,    Oak Ridge, NJ 07438)
517948001     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517948002     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516644930     +Transunion,    2 Baldwin Place,    PO Box 2000,    Chester, PA 19016-2000
516836465      U.S. Bank National Association, as Trustee...,    c/o Wells Fargo Bank, N.A.,
               Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN 55121-7700
516644932      Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
516644931     +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
516857131      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
516644933      Wells Fargo Home Mortgage,    Written Correspondence Resolutions,    Mac#2302-04e- Pob 10335,
               Des Moines, IA 50306
516644934     +Wells Fargp Home Mortgage,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516644915     +E-mail/Text: laurac@americu.org Oct 05 2019 00:45:24    AmeriCU,    1916 Black River Boulevard,
               Rome, NY 13440-2430
516644914     +E-mail/Text: laurac@americu.org Oct 05 2019 00:45:24    AmeriCU,    PO Box 4179,
               Rome, NY 13442-4179
516644920     +Fax: 602-659-2196 Oct 05 2019 00:58:33    ChexSystems,    7805 Hudson Road,    Suite 100,
               Woodbury, MN 55125-1703
516644921     +E-mail/Text: deborah.walker-reed@stmarysga.gov Oct 05 2019 00:45:17    City of St. Marys,
               418 Osborne Street,    Saint Marys, GA 31558-8402
516644925     +E-mail/Text: cio.bncmail@irs.gov Oct 05 2019 00:43:52    Internal Revenue Service,
               2970 Market Street,    Mail Stop 5-Q30,133,    Philadelphia, PA 19104-5002
516793345     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2019 00:44:21    MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
516644927      E-mail/Text: bkdepartment@rtresolutions.com Oct 05 2019 00:44:42    Real Time Resolutions,
               1750 Regal Row, Suite 120,    Dallas, TX 75235-2287
516644929     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:49:25    Synchrony Bank/Lowes,
               Po Box 965005,    Orlando, FL 32896-5005
516644928     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:49:21    Synchrony Bank/Lowes,
               Po Box 965064,    Orlando, FL 32896-5064
516872393     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2019 01:01:57    Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty*          ++AMERICU CREDIT UNION,    1916 BLACK RIVER BLVD,    ROME NY 13440-2430
               (address filed with court:   Michael B Oshins,    Nasto Law Firm,    4957 Commercial Drive,
               Yorkville, NY  13495)
516670467*    ++AMERICU CREDIT UNION,    1916 BLACK RIVER BLVD,    ROME NY 13440-2430
               (address filed with court:   AmeriCU Credit Union,    attn: John A Nasto, Jr. Esq.,
               4957 Commercial Drive,    Yorkville, NY  13495)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Oct 04, 2019
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan Stone    on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Jonathan Stone    on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com
                                                                                             TOTAL: 6
```