UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
490 Schooley's Mountain Road–Bldg. 3A
Hackettstown, New Jersey 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

Order Filed on October 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ralph Dean Stone

Sandra Marie Stone,

    Debtors.

Case No.: 17-128235 (JKS)

Hearing Date: November 14, 2019

Chapter: 13

Judge: John K. Sherwood

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtors' motion for authorization to sell the real property commonly known as 537 Dell Road, Mount Arlington, New Jersey (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1. The Debtors are authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or Debtors' real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| |
|---|
| Name of professional: Jonathan Stone, Esquire |
| Amount to be paid: Up to $1,500.00 |
| Services rendered: Real Estate Attorney |
| |
| Name of professional: None |
| Amount to be paid: |
| Services rendered: Listing Broker |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtors' attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorney on further order of this court.

4. Other closing fees payable by the Debtors may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of zero dollars claimed as exempt may be paid to the Debtors.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtors' case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The Debtors must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

The fourteen day stay under Bankruptcy Rule 6004(h) is waived.

*rev.8/1/15*