UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
490 Schooley's Mountain Road–Bldg. 3A
Hackettstown, New Jersey 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

Order Filed on October 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ralph Dean Stone

Sandra Marie Stone,

    Debtors.

Case No.:       17-128235 (JKS)

Hearing Date:  November 14, 2019

Chapter:        13

Judge:          John K. Sherwood

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtors' motion for authorization to sell the real property commonly known as 537 Dell Road, Mount Arlington, New Jersey (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1. The Debtors are authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or Debtors' real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

---

Name of professional: Jonathan Stone, Esquire

Amount to be paid: Up to $1,500.00

Services rendered: Real Estate Attorney


Name of professional: None

Amount to be paid:

Services rendered: Listing Broker

---

**OR:** ☐ Sufficient funds may be held in escrow by the Debtors' attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorney on further order of this court.

4. Other closing fees payable by the Debtors may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of zero dollars claimed as exempt may be paid to the Debtors.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtors' case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The Debtors must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

The fourteen day stay under Bankruptcy Rule 6004(h) is waived.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12835-JKS
Ralph Dean Stone                                                Chapter 13
Sandra Marie Stone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1           Date Rcvd: Oct 28, 2019
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
db/jdb         +Ralph Dean Stone,   Sandra Marie Stone,   3 Stone Bridge Drive,   Andover, NJ 07821-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan  Stone    on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Jonathan  Stone    on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com
                                                                                               TOTAL: 6