JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 17-12835

Re:  RALPH DEAN STONE  
     SANDRA MARIE STONE  
     3 STONE BRIDGE DRIVE  
     ANDOVER, NJ 07821

Atty:  JONATHAN STONE ESQ  
      490 SCHOOLEY'S MOUNTAIN RD  
      BLDG 3A  
      HACKETTSTOWN, NJ 07840

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/21/2017 | $10,000.00 | 6769101520 | 03/31/2017 | $1,000.00 | 6769101609 |
| 05/23/2017 | $1,000.00 | 6769101630 | 05/31/2017 | $1,000.00 | 6769101660 |
| 07/05/2017 | $1,000.00 | 6769101693 | 07/31/2017 | $1,000.00 | 6769101711 |
| 08/29/2017 | $1,000.00 | 6769101742 | 10/03/2017 | $1,000.00 | 6769101785 |
| 10/31/2017 | $1,000.00 | 6769101802 | 11/29/2017 | $1,000.00 | 6769101823 |
| 12/28/2017 | $1,000.00 | 6769101846 | 02/05/2018 | $1,000.00 | 6769101864 |
| 03/06/2018 | $1,000.00 | 6769101880 | 04/03/2018 | $1,000.00 | 6769101902 |
| 05/01/2018 | $1,000.00 | 6769101920 | 05/30/2018 | $1,000.00 | 6769101942 |
| 07/05/2018 | $1,000.00 | 6769101982 | 07/31/2018 | $1,000.00 | 6769101998 |
| 08/28/2018 | $1,000.00 | 6769102024 | 10/02/2018 | $1,000.00 | 6769102040 |
| 10/30/2018 | $1,000.00 | 6769102055 | 12/04/2018 | $1,000.00 | 6769102073 |
| 01/03/2019 | $1,000.00 | 6769102091 | 02/01/2019 | $1,000.00 | 6769102112 |
| 03/06/2019 | $1,000.00 | 6769102139 | 04/05/2019 | $1,000.00 | 6769102153 |
| 04/30/2019 | $1,000.00 | 6769102172 | 05/29/2019 | $1,000.00 | 6769102203 |
| 06/27/2019 | $1,000.00 | 6769102227 | 07/31/2019 | $1,000.00 | 6769102258 |
| 09/04/2019 | $1,000.00 | 6769102291 | 10/01/2019 | $1,000.00 | 6769102315 |
| 11/04/2019 | $1,000.00 | 6769102347 | 12/05/2019 | $1,000.00 | 6769102373 |
| 12/31/2019 | $1,000.00 | 6769102398 | | | |

**Total Receipts: $44,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $44,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICU CREDIT UNION | | | | | | |
| | 12/16/2019 | $650.75 | 838,862 | 01/13/2020 | $387.99 | 840,743 |
| MIDLAND FUNDING LLC | | | | | | |
| | 10/21/2019 | $62.00 | 834,616 | 12/16/2019 | $28.30 | 838,677 |
| | 01/13/2020 | $53.84 | 840,562 | | | |

**Chapter 13 Case # 17-12835**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/14/2017 | $11,474.00 | 8,000,346 | 09/25/2017 | $1,882.00 | 8,000,362 |
| | 11/20/2017 | $1,882.00 | 8,000,394 | 12/18/2017 | $941.00 | 8,000,410 |
| | 01/22/2018 | $941.00 | 8,000,426 | 03/19/2018 | $941.00 | 8,000,494 |
| | 04/16/2018 | $941.00 | 8,000,531 | 05/14/2018 | $946.00 | 8,000,571 |
| | 06/18/2018 | $1,892.00 | 8,000,611 | 08/20/2018 | $1,892.00 | 8,000,686 |
| | 09/17/2018 | $970.00 | 8,000,724 | 10/22/2018 | $943.00 | 8,000,765 |
| | 11/19/2018 | $943.00 | 8,000,804 | 01/14/2019 | $943.00 | 8,000,885 |
| | 02/11/2019 | $943.00 | 8,000,931 | 03/18/2019 | $943.00 | 8,000,977 |
| | 04/15/2019 | $943.00 | 8,001,022 | 05/20/2019 | $1,886.00 | 8,001,066 |
| | 06/17/2019 | $960.00 | 8,001,111 | 07/15/2019 | $960.00 | 8,001,153 |
| | 08/19/2019 | $960.00 | 8,001,194 | 10/21/2019 | $1,290.96 | 8,001,281 |
| | 01/13/2020 | $6.62 | 8,001,404 | | | |
| VERIZON | | | | | | |
| | 01/13/2020 | $7.26 | 842,217 | | | |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 10/21/2019 | $576.92 | 836,503 | 12/16/2019 | $263.37 | 840,358 |
| | 01/13/2020 | $500.99 | 842,262 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,397.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,700.00 | 100.00% | 1,700.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICU CREDIT UNION | UNSECURED | 11,616.66 | 100.00% | 1,038.74 | 10,577.92 |
| 0003 | BANK OF AMERICA NA | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BETH SOLES | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | CITY OF ST. MARYS | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CUMBERLAND HARBOUR POA INC. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 36,416.96 | 100.00% | 36,416.96 | 0.00 |
| 0013 | LAKELAND BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 1,611.99 | 100.00% | 144.14 | 1,467.85 |
| 0020 | WELLS FARGO CARD SERVICES | UNSECURED | 15,000.00 | 100.00% | 1,341.28 | 13,658.72 |
| 0021 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | LAKELAND BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | VERIZON | UNSECURED | 81.23 | 100.00% | 7.26 | 73.97 |
| 0027 | UNITED STATES TREASURY/IRS | UNSECURED | 74.00 | 100.00% | 6.62 | 67.38 |

**Total Paid: $43,052.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $44,000.00   -   Paid to Claims: $38,955.00   -   Admin Costs Paid: $4,097.00   =   Funds on Hand: $948.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.