| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>RALPH DEAN STONE<br>SANDRA MARIE STONE | Case No.: 17-12835<br><br>Adv. No.:<br><br>Hearing Date:  03/26/2020<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/04/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
RALPH DEAN STONE
SANDRA MARIE STONE
3 STONE BRIDGE DRIVE
ANDOVER, NJ  07821
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840
Mode of Service:  Regular Mail

Dated:  February 04, 2020

By:  /S/  Jackie Michaels
     Jackie Michaels