UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

Order Filed on April 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Ralph Dean Stone and Sandra Marie Stone,

            Debtors.

| | |
|---|---|
| Case No.: | 17–12835 (JKS) |
| Chapter | 13 |
| Hearing Date: | February 27, 2020 |
| Time: | 10:00 am |
| Judge: | John K. Sherwood |

**ORDER GRANTING MOTION TO STRIKE PROOF OF CLAIM #8 AND FOR OTHER RELIEF**

    The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.
Page 2

**DATED: April 23, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtors:  Ralph Dean Stone and Sandra Marie Stone
Case No.:  17–12835 (JKS)
Caption:  **ORDER GRANTING MOTION TO STRIKE PROOF OF CLAIM #8 AND FOR OTHER RELIEF**

_____

**THIS CAUSE** being brought by Jonathan Stone, Esquire, attorney for Debtors, pursuant to the Motion to Strike Proof of Claim #8 and Other Relief (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by Jonathan Stone, Esquire in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and for all the reasons stated on the record and having established good and sufficient cause to grant said relief;

**IT IS HEREBY ORDERED** as follows:

**ORDERED** that Jonathan Stone, Esquire's Motion is **GRANTED** as follows:

1. AmeriCU Credit Union's proof of claim #8 is stricken; and

2. AmeriCU Credit Union shall reimburse Debtors $1,038.74 within thirty ("30") days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12835-JKS
Ralph Dean Stone                                                        Chapter 13
Sandra Marie Stone
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 23, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db/jdb         +Ralph Dean Stone,    Sandra Marie Stone,    3 Stone Bridge Drive,    Andover, NJ 07821-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan Stone    on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Jonathan Stone    on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com
                                                                                             TOTAL: 6