Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17−12835−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph Dean Stone                                               Sandra Marie Stone
   dba Van Gendeven Auto Parts, Inc.                  3 Stone Bridge Drive
   3 Stone Bridge Drive                                     Andover, NJ 07821
   Andover, NJ 07821

Social Security No.:
   xxx−xx−5603                                                  xxx−xx−8561

Employer's Tax I.D. No.:
   22−2875964

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      5/28/20
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Stone, Debtor's Attorney

COMMISSION OR FEES
$6244.00

EXPENSES
$504.78

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 4, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-12835-JKS
Ralph Dean Stone                                                Chapter 13
Sandra Marie Stone
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2       Date Rcvd: May 04, 2020
                             Form ID: 137           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db/jdb         +Ralph Dean Stone,   Sandra Marie Stone,   3 Stone Bridge Drive,   Andover, NJ 07821-2324
cr            ++AMERICU CREDIT UNION,   1916 BLACK RIVER BLVD,   ROME NY 13440-2430
               (address filed with court:  AmeriCu Credit Union,   John Nasto, Jr., Esq.,
                 AmeriCu Credit Union Bldg.,   4957 Commercial Drive,   Yorkville, NY   13495)
516644916       Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
516806467      +Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
516644917       Beth Soles,   Camden County Tax Commissioner,   PO Box 698,   Woodbine, GA 31569-0698
516644922      +Cumberland Harbour POA Inc.,   Heritage Property Management Services,
                 500 Sugar Mill Road, Suite 200 B,   Atlanta, GA 30350-2887
516644923      +Equifax Credit Information Services, Inc,   PO Box 740241,   Atlanta, GA 30374-0241
516644924      +Experian,   4 Gatehill Drive,   3rd Floor,   Parsippany, NJ 07054-4522
516644926     ++LAKELAND BANK,   250 OAK RIDGE ROAD,   OAK RIDGE NJ 07438-8998
               (address filed with court:  Lakeland Bank,   250 Oak Ridge Road,   Oak Ridge, NJ 07438)
517948001      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517948002      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516644930      +Transunion,   2 Baldwin Place,   PO Box 2000,   Chester, PA 19016-2000
516836465       U.S. Bank National Association, as Trustee...,   c/o Wells Fargo Bank, N.A.,
                 Attn: Default Document Processing,   MAC# N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
516644931      +Wells Fargo,   P.O. Box 10335,   Des Moines, IA 50306-0335
516644932       Wells Fargo,   Credit Bureau Dispute Resoluti,   Des Moines, IA 50306
516857131       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516644933       Wells Fargo Home Mortgage,   Written Correspondence Resolutions,   Mac#2302-04e-  Pob 10335,
                 Des Moines, IA 50306
516644934      +Wells Fargp Home Mortgage,   8480 Stagecoach Cir,   Frederick, MD 21701-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2020 22:52:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2020 22:52:19     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516644915      +E-mail/Text: laurac@americu.org May 04 2020 22:52:47     AmeriCU,   1916 Black River Boulevard,
                 Rome, NY 13440-2430
516644914      +E-mail/Text: laurac@americu.org May 04 2020 22:52:47     AmeriCU,   PO Box 4179,
                 Rome, NY 13442-4179
516644920      +E-mail/Text: bankruptcy.notifications@fisglobal.com May 04 2020 22:52:35     ChexSystems,
                 7805 Hudson Road,   Suite 100,   Woodbury, MN 55125-1703
516644921      +E-mail/Text: deborah.walker-reed@stmarysga.gov May 04 2020 22:52:45     City of St. Marys,
                 418 Osborne Street,   Saint Marys, GA 31558-8402
516644925      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 04 2020 22:52:01     Internal Revenue Service,
                 2970 Market Street,   Mail Stop 5-Q30,133,   Philadelphia, PA 19104-5002
516644918       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 04 2020 22:48:30     Chase Card,
                 Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850
516644919       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 04 2020 22:49:27     Chase Card,
                 Po Box 15298,   Wilmington, DE 19850
516793345      +E-mail/Text: bankruptcydpt@mcmcg.com May 04 2020 22:52:19     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516644927       E-mail/Text: bkdepartment@rtresolutions.com May 04 2020 22:52:27     Real Time Resolutions,
                 1750 Regal Row, Suite 120,   Dallas, TX 75235-2287
516644929      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2020 22:48:22     Synchrony Bank/Lowes,
                 Po Box 965005,   Orlando, FL 32896-5005
516644928      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2020 22:49:20     Synchrony Bank/Lowes,
                 Po Box 965064,   Orlando, FL 32896-5064
516872393      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2020 23:00:07     Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          ++AMERICU CREDIT UNION,   1916 BLACK RIVER BLVD,   ROME NY 13440-2430
               (address filed with court:  Michael B Oshins,   Nasto Law Firm,   4957 Commercial Drive,
                 Yorkville, NY  13495)
516670467*    ++AMERICU CREDIT UNION,   1916 BLACK RIVER BLVD,   ROME NY 13440-2430
               (address filed with court:  AmeriCU Credit Union,   attn: John A Nasto, Jr. Esq.,
                 4957 Commercial Drive,   Yorkville, NY  13495)
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin               Page 2 of 2                Date Rcvd: May 04, 2020
                              Form ID: 137              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan  Stone    on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Jonathan  Stone    on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com
                                                                                       TOTAL: 6
```