Ralph and Sandra Stone, Debtors

3 Stone Bridge Drive

Andover, New Jersey 07821

(973)390-2440

_____

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
|  | Honorable John R. Sherwood, U.S.B.J. |
| In re: | Chapter 13 |
| Ralph Dean Stone and | Case No. 17-12835 (JKS) |
| Sandra Marie Stone, | Hearing Date: May 28, 2020 |
| Debtors | Hearing Time: 10:00 am |

I, Sandra Stone, am one of the debtor's in this matter.

On May 22, 2020 I sent the original Debtors' Certification in Response to Attorney's Fee Application And Adjournment Request to Honorable John K. Sherwood, MLK Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, and the Adjournment Request to Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004, United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102, And Jonathan Stone, Esq., 490 Schooley's Mountain Road, Bldg. 3A, Hackettstown, New Jersey 07840-4002, all by regular mail.

I certify under penalty that the above documents were sent using the mode of service indicated.

Dated: May 22, 2020

_/s/ Sandra Stone_

SANDRA STONE