Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12835−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ralph Dean Stone
dba Van Gendeven Auto Parts, Inc.
3 Stone Bridge Drive
Andover, NJ 07821

Sandra Marie Stone
3 Stone Bridge Drive
Andover, NJ 07821

Social Security No.:
xxx−xx−5603                                xxx−xx−8561

Employer's Tax I.D. No.:
22−2875964

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 4, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 67 − 65, 66
Order Granting Application to Shorten Time (related document:65 Motion to Withdraw as Attorney filed by Debtor Ralph Dean Stone, Joint Debtor Sandra Marie Stone). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/4/2020. Hearing scheduled for 6/11/2020 at 10:00 AM at JKS − Courtroom 3D, Newark. (mg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 4, 2020
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph Dean Stone  
Sandra Marie Stone  
    Debtors

Case No. 17-12835-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2020  
                      Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
```
db/jdb         +Ralph Dean Stone,   Sandra Marie Stone,   3 Stone Bridge Drive,   Andover, NJ 07821-2324
cr            ++AMERICU CREDIT UNION,   1916 BLACK RIVER BLVD,   ROME NY 13440-2430
                (address filed with court: AmeriCu Credit Union,   John Nasto, Jr., Esq.,
                  AmeriCu Credit Union Bldg.,   4957 Commercial Drive,   Yorkville, NY  13495)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*          ++AMERICU CREDIT UNION,   1916 BLACK RIVER BLVD,   ROME NY 13440-2430
                (address filed with court: Michael B Oshins,   Nasto Law Firm,   4957 Commercial Drive,
                  Yorkville, NY  13495)
```
    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan Stone    on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Jonathan Stone    on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com
```
    TOTAL: 6