**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on June 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ralph Dean Stone
Sandra Marie Stone

| | |
|---|---|
| Case No.: | 17-12835 |
| Hearing Date: | 06/11/2020 |
| Judge: | Sherwood |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
To Withdraw as Attorney

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

   A motion or application having been filed on_____June___03_____, 20 20  by
___Jonathan Stone_____for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

  ORDERED that the aforesaid motion or application is denied for the reasons set forth on the record. .

 The successful party shall serve this order on the debtor, any trustee and all parties who entered  an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph Dean Stone  
Sandra Marie Stone  
      Debtors

Case No. 17-12835-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 15, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.  
db/jdb        +Ralph Dean Stone,   Sandra Marie Stone,   3 Stone Bridge Drive,   Andover, NJ 07821-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jonathan Stone     on behalf of Debtor Ralph Dean Stone jonstonelaw@gmail.com, bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
         Jonathan Stone     on behalf of Joint Debtor Sandra Marie Stone jonstonelaw@gmail.com, bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2004-13 ecf@powerskirn.com  
                                                                                                                     TOTAL: 6