Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−12835−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ralph Dean Stone | Sandra Marie Stone |
| dba Van Gendeven Auto Parts, Inc. | 3 Stone Bridge Drive |
| 3 Stone Bridge Drive | Andover, NJ 07821 |
| Andover, NJ 07821 | |

Social Security No.:
  xxx−xx−5603                             xxx−xx−8561

Employer's Tax I.D. No.:
  22−2875964

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 15, 2020</u>        <u>John K. Sherwood</u>
                                         Judge, United States Bankruptcy Court